No. 231, Misc. MEUNIER v. UNITED STATES. C. A. 5th Cir. Petition for writ of certiorari dismissed July 8, 1965, pursuant to Rule 60 of the Rules of this Court.

No. 93. CRANE CO. v. EVANS-HAILEY CO., INC. Appeal from D. C. M. D. Tenn. dismissed July 21, 1965, pursuant to Rule 60 of the Rules of this Court. *Cecil Sims* for appellant.

No. 20, Original. KANSAS v. COLORADO. Motion for leave to file bill of complaint dismissed August 2, 1965, pursuant to Rule 60 of the Rules of this Court. *Robert C. Londerholm*, Attorney General of Kansas, and *Charles N. Henson, Jr.*, Assistant Attorney General, for plaintiff. *Duke W. Dunbar*, Attorney General of Colorado, *James D. Geissinger* and *Raphael J. Moses*, Assistant Attorneys General, and *Donald H. Hamburg*, Special Assistant Attorney General, for defendant.

No. 54. MILGRAM FOOD STORES, INC. v. KETCHUM, SUPERVISOR, MISSOURI DEPARTMENT OF LIQUOR CONTROL. Sup. Ct. Mo. Petition for writ of certiorari dismissed August 2, 1965, pursuant to Rule 60 of the Rules of this Court. *F. Philip Kirwan* for petitioner. 

No. 326. M & J DIESEL LOCOMOTIVE FILTER CORP. ET AL. v. BRIGGS ET AL. C. A. 7th Cir. Petition for writ of certiorari dismissed August 19, 1965, pursuant to Rule 60 of the Rules of this Court. *Edwin A. Rothschild* for petitioners. 